| UNITED STATES BANKRUPTCY COURT | WESTERN DISTRICT OF WISCONSIN |
|---|---|

Form B22A

In re

Matthew J. Reich and
Sarah E. Reich,
        Debtors.

According to the calculations
required by this statement,
\# The presumption does not arise

Case No. _____

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

Part 1A. Declaration of Disabled Veteran.   Not claimed

Part 1B. Declaration of non-consumer debts. Not claimed

Part II. CALCULATION OF MONTHLY INCOME FOR S. 707(b)(7) EXCLUSION

2.a.-c. n/a
2.d.    Married, filing jointly

|  |  | Matthew J. Reich | Sarah E. Reich |
|---|---|---|---|
| 3. | Gross wages, salary, tips, bonuses, overtime, commissions | $ 112.50 | $ 2,572.75 |
| 4. | Income from the operation of a business, profession or farm. | | |
|    | a. Gross receipts                    $ | | |
|    | b. Ordinary and necessary business expenses  $ | | |
|    | c. Business income | $    0 | $    0 |
| 5. | Rent and other real property income | | |
|    | a. Gross receipts                    $ | | |
|    | b. Ordinary and necessary operating expenses $ | | |
|    | c. Business income | $    0 | $    0 |
| 6. | Interest, dividends and royalties. | $    0 | $    0 |
| 7. | Pension and retirement income | $    0 | $    0 |

Doran Law Offices   2101 Fox Avenue   Madison, WI  53711-1920   (608) 255-2409

| | | | |
|---|---|---|---|
| 8. | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. | $ 0 | $ 0 |
| 9. | Unemployment compensation<br>  Unemployment compensation<br>  Claimed to be a benefit under<br>  the Social Security Act.  $ | $ 0 | $ 0 |
| 10. | Income from all other sources | $ 0 | $ 0 |
| 11. | Subtotal of Current Monthly Income for Sec. 707(b)(7), lines 3-10 | $ 112.50 | $ 2,572.75 |
| 12. | Total Current Monthly Income for Sec. 707(b)(7), lines 3-10 | | $ 2,685.25 |

Part III. APPLICATION OF S. 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13. | Annualized Current Monthly Income for S. 707(b)(7), line 12 amount times 12 | $ 32,223.00 |
| 14. | Applicable median family income<br><br>Wisconsin    Household size: 3 | $ 66,256.00 |
| 15. | Application of Section 707(b)(7)<br><br>The amount on Line 13 is less than or equal to the amount on Line 14. The box for "The presumption does not arise" is checked at the top of form B22, and Parts IV, V, VI and VII are not completed. | |

Part VIII: VERIFICATION

We declare under penalty of perjury that the information provided in this statement is true and correct.

September 30, 2011_    _/s/ Matthew J. Reich_____
                         Matthew J. Reich

September 30, 2011_    _/s/ Sarah E. Reich_____
                         Sarah E. Reich

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409