B6A (Official Form 6A)(12/07)

United States Bankruptcy Court for the Western District of Wisconsin

Case No. _____

Petitioner:  Matthew J. Reich, Sarah E. Reich     Case No. (If known) 16087

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See attached | | | | |
| | | Total▶ | | |

(Report also on Summary of Schedules.)

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

### ATTACHMENT TO SCHEDULE A --   REAL PROPERTY

| Description | Nature of petitioner's | Value | Approx. total |
|---|---|---|---|
| 110A Thomas Place<br>Arena, WI  53503<br>Unit 1, Meadow Place<br>Duplex in the Village<br>of Arena, Iowa County<br>Wisconsin | owners | $100,000.00 | $147,514.19 |

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087**

B6B (Official Form 6B) (12/07)
## SCHEDULE B -- PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. 112 and Fed. R. Bankr. P. 1007(m).

| Type of property | Descriptions and location of property | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| 1. Cash on hand . . . . . . . . . . | | $ 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives . . . . . . . . . | Middleton Comm Bank checking $250.37 8/30/11  UWCU checking, $0, 7/16/11 | $ 250.37 |
| 3. Security deposits with public utilities, telephone companies, land_lords, and others . . . . . | | $ 0 |
| 4. Household goods and furnishings, including audio, video, and computer equipment . . . . . | couch, $75; washer/dryer, $200; bed, $300  dining table, $150; countertop oven, $50;  microwave, $100; vacuum cleaner, $75;  furniture, $250; appliances, $250;  kitchen items, $300 | $ 1,750.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles . . . . . . | | $ 300.00 |
| 6. Wearing apparel . . . . . . . . . | | $ 600.00 |
| 7. Furs and jewelry . . . . . . . . . | | $ 1,250.00 |
| 8. Firearms and sports, photographic, and hobby equipment | | $ 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each . . . . . . . . . | | $ 0 |
| 10. Annuities. Itemize and name each issuer . . . | | $ 0 |

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich   Case No. 11-16087


Schedule B   continued

11. Interests in an education IRA as defined in 26 U.S.C.
530(b)(1) or under a qualified State tuition plan as
defined in 26 U.S.C. 529(b)(1). Give particulars.
(File separately the record(s) of any such
interest(s). II U.S.C. 52 1(c).)  .   .   .   .   .   $        0

11. Education IRA or similar account   .   .   .   .   .   $        0

12. Interests in IRA, ERISA, Keogh, or other pension
or profit sharing plans. Give particulars   .   .   $   2,779.28
        Wells Fargo pension account

13. Stock and interests in incorporated and
unincorporated businesses.   Itemize   .   .   .   .   $        0

14. Interests in partnerships or joint ventures. Itemize   $        0

15. Government and corporate bonds and other negotiable
and non- negotiable instruments   .   .   .   .   .   $        0

16. Accounts receivable   .   .   .   .   .   .   .   .   $        0

17. Alimony, maintenance, support, and property
settlements to which the debtor is or may be
entitled. Give particulars   .   .   .   .   .   .   $        0

18. Other liquidated debts owed to debtor including tax
refunds. Give particulars   .   .   .   .   .   .   $        0

19. Equitable or future interests, life estates and rights
or powers exercisable for the benefit of the debtor
other than those listed in Schedule A - Real Property  $        0

20. Contingent and noncontingent interests in estate
of a decedent, death benefit plan, life insurance
policy, or trust   .   .   .   .   .   .   .   .   .   $        0

21. Other contingent and unliquidated claims of every
nature, including tax refunds, counterclaims of the
debtor, and rights to setoff claims.
Give estimated value of each   .   .   .   .   .   .   $        0

22. Patents, copyrights, and other intellectual
property. Give particulars   .   .   .   .   .   .   $        0

23. Licenses, franchises, and other general
intangibles. Give particulars .   .   .   .   .   .   $        0

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich   Case No. 11-16087

### Schedule B continued

| | |
|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes . . . . . . | $ 0 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories . . . . . . .<br>          2004 Chevrolet Aveo | $ 2,700.00 |
| 26. Boats, motors, and accessories . . . . . | $ 0 |
| 27. Aircraft and accessories . . . . . . . | $ 0 |
| 28. Office equipment, furnishings, and supplies. . . | $ 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business . . . . . . . . . | $ 0 |
| 30. Inventory . . . . . . . . . . . | $ 0 |
| 31. Animals . . . . . . . . . . . | $ 0 |
| 32. Crops - growing or harvested. Give particulars . | $ 0 |
| 33. Farming equipment and implements . . . . . | $ 0 |
| 34. Farm supplies, chemicals, and feed . . . . . | $ 0 |
| 35. Other personal property of any kind not already listed. Itemize . . . . . . . . . | $ 0 |
| Total | $ 9,949.65 |

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich      Case No. 11-16087

### SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

The petitioner elects the federal exemptions pursuant to 11 U.S.C. 522(b)(3).

Debtor does not claim a homestead exemption that exceeds $146,450

All property is located at the petitioner's residence and kept for personal or household use, unless stated or implied otherwise.

Values of property as stated in Schedules A and B are incorporated by reference.

All legal exemptions within the above election are claimed, whether or not enumerated.  Some property may be exempt under more than one provision, and the petitioner claim any benefit arising from such alternative exemptions.

Petitioner claims all scheduled assets and all of petitioner's interest in such assets exempt.  Particularly, and not by way of limitation, if the Amount Claimed below is equal to or greater than the value of the asset as stated in Schedules A and B; or if it is greater than petitioner's  equity in such asset as shown by Schedules A, B, and D, then the petitioner claims the asset entirely exempt for the purposes of the rule of *Taylor v. Freeland & Kronz*, 503 U.S. 638, 112 S. Ct. 1644 (1992).  Values in Schedules A and B are full fair market value (FMV) and 100 percent of FMV.  Claims herein for such scheduled value or for net unencumbered value derived therefrom claim each such asset fully exempt pursuant to *Schwab v. Reilly*, 130 S.Ct. 2652 (2010).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | 11 U.S.C. 522(d)··· | | |
| All property shown in Schedule B. 4.-8. | (3) | $  4,100.00 | $  4,100.00 |
| cash and accounts | (1)&(5) | $   270.37 | $   270.37 |
| homestead | (1) | $ 21,600.00 | $ 100,000.00 |
| 2004 Chevrolet Aveo | (2) | $  2,700.00 | $  2,700.00 |
| tools of trade | (6) | $   100.00 | $   100.00 |

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich    Case No. 11-16087


Schedule C   continued


pension account              (b)(3)(C). (d)(10).       $  2,779.28              $  2,779.28
                                                  29 U.S.C. 1056(d)

   Debtor asserts that this asset is
   excluded from the bankruptcy estate
   pursuant to 541(c)(2): exemption
   is claimed to the extent that the
   asset is included in the estate

Any additional property
or equity in above prop-
erty that may exist         (1)&(5)      $23,679.63


                              Total claimed exempt      $ 31,549.65

B6D(Official Form 6D)(12/07)

# United States Bankruptcy Court for the Western District of Wisconsin

## Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  See continuation page | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich    Page 1

**Schedule D -- Creditors Holding Security
and Statement of Intention**


Continuation page


| Creditor | Collateral, value | Amount of Claim |
|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
1.          Acct. No. --4475
Associated Bank                  loan                  $35,000.00
P. O. Box 3119                   homestead, $100,000
Milwaukee, WI  53201
                                       9/05
     Mortgage no. 297774, 7/23/07; Unsecured portion: $35,000.00
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
2.          Acct. No. --4645
Bank of America                  loan              $112,514.19
P. O. Box 650070                 Homestead, $100,000
Dallas, TX  75265

     Mortgage no. 296607, 5/29/07; Unsecured portion: $12,514.19
```

                    Total for Schedule D          $147,514.19

B6E (Official Form 6E)(04/10)

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

B6E (Official Form 6E( 04/10) -- Cont.

# United States Bankruptcy Court for the Western District of Wisconsin

## Petitioner:  Matthew J. Reich, Sarah E. Reich    Case No.  11-16087

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>0</u>   continuation sheets attached

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

B6F (Official Form 6F) (12/07)

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner:  Matthew J. Reich, Sarah E. Reich   Case No. 11-16087**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|

| Creditor | Collateral, value | Amount of Claim |
|---|---|---|
| 1.          Acct. No. --4475<br>Associated Bank<br>P. O. Box 3119<br>Milwaukee, WI  53201 | loan<br>homestead, $100,000<br><br>                              9/05 | $35,000.00 |
| Mortgage no. 297774, 7/23/07; Unsecured portion: $35,000.00 | | |
| 2.          Acct. No. --4645<br>Bank of America<br>P. O. Box 650070<br>Dallas, TX  75265 | loan<br>Homestead, $100,000 | $112,514.19 |
| 3.          Acct. No.<br>Ballweg, Douglas father<br>8964 Highway V<br>Sauk City, WI  53583 | loan<br><br>              8/09 | $8,900.00 |

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4.          Acct. No.
Bass and Associates                              duplicate
3936 E. Fort Lowell Rd. 200
Tucson, AZ  85712-1083

    Agent for Best Buy-HSBC
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
5.          Acct. No. --4235
Best Buy-HSBC                    credit card        $2,019.97
P. O. Box 5238
Carol Stream, IL  60197
                                 2004-08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
6.          Acct. No. --9789
Bill Me Later                    credit card          $349.16
P. O. Box 105658
Atlanta, GA  30348-5658
                                 2005-08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
7.          Acct. No.
CSC Logic                                        duplicate
P. O. Box 975593
Dallas, TX  75397-5593

    Agent for Harris Bank
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
8.          Acct. No.
Daubert Law Firm                                 duplicate
P. O. Box 1519
Wausau, WI  54402-1519

    Agent for HSBC
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
9.          Acct. No. --8707
DirecTV                          services         notice only
P. O. Box 78626
Phoenix, AZ  85062

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
10.          Acct. No. --0005
Great Lakes Student Loan         student loan      $17,044.43
P. O. Box 3059
Milwaukee, WI  53201
                                 2004-08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
11.          Acct. No. --1001
Harris Bank                      loan              $2,665.58
P. O. Box 358
Beloit, WI  53512

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich   Case No. 11-16087

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12.          Acct. No.
HSBC                                  credit card          $2,494.31
P. O. Box 5222
Carol Stream, IL  60197
                                            2005-08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
13.          Acct. No.
Mallery and Zimmerman                                    duplicate
P. O. Box 479
Wausau, WI  54402-0479

    Agent for Associated Bank
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
14.          Acct. No. --5323
Nelnet Student Loan                   student loan        $11,878.18
P. O. Box 82561
Lincoln, NE  68501
                                            2004-08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
15.          Acct. No.
Pinnacle Financial                                      duplicate
7825 Washington AVe. S. 310
Minneapolis, MN  55439-7652

    Agent for UWCU
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
16.          Acct. No. --5746
Sauk Prairie Memorial                 medical services      $483.61
80 First St.
Prairie du Sac, WI  53578
                                            2009
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
17.          Acct. No.
State Collections                                       duplicate
P. O. Box 6250
Madison, WI  53716

    Agent for Sauk Prairie Memorial
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
18.          Acct. No.
State of WI Unemployment              UC overpayment c     $3,173.00
P. O. Box 7888
Madison, WI  53707-7888
                                            9/10

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
19.          Acct. No. --2873
UW Credit Union                        loan                 $6,200.00
P. O. Box 44963
Madison, WI  53744-4963
                                                2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
20.          Acct. No. --1464
Wells Fargo                            loan                 $8,400.00
P. O. Box 25341
Santa Ana, CA  92799-5341
                                              10/09

           Total for Schedule F                        $63,608.24


    Total liabilities, Schedules D, E, F            $213,722.43

    Total creditors (excluding duplicates), Sched. D, E, F        14

B6G (Official Form 6G (12/07))

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

B6H (Official Form 6H) (12/07)

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner:  Matthew J. Reich, Sarah E. Reich     Case No. 11-16087**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich   Case No. 11-16087

(Official Form 6I) (12/07)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

Debtor's Marital Status:      Husband and wife filing jointly

DEPENDENTS OF DEBTOR AND SPOUSE: RELATIONSHIP           AGE
                                 son                   21 months

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Dishwasher | Healthcare Billing |
| Name of Employer | Arthurs | UWMF |
| How long employed | one month | 2.5 years |
| Address of Employer | P.O. Box 116 | 7974 UW Health Ct. |
| | Spring Green, WI  53588 | Middleton, WI  53562 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | Debtor | Spouse |
|---|---|---|---|
| 1. | Monthly gross wages, salary, commissions (Prorate if not paid monthly) | $ 676.90 | $ 2,572.75 |
| 2. | Estimate monthly overtime | $ 0 | $ 0 |
| 3. | SUBTOTAL | $ 676.90 | $ 2,572.75 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 85.49 | $ 135.02 |
| | b. Insurance | $ 0 | $ 138.09 |
| | c. Union dues | $ 0 | $ 0 |
| | d. Other (Specify) | $ 0 | $ 0 |
| | d. Other (Specify) | $ 0 | $ 0 |
| | d. Other (Specify) | $ 0 | $ 0 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 85.49 | $ 273.11 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 591.41 | $ 2,299.64 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 $ 0 | $ 0 $ 0 |
| 8. | Income from real property | $ 0 | $ 0 |
| 9. | Interest and dividends | $ 0 | $ 0 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ 0 |

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

**Schedule I continued**

| | | |
|---|---|---|
| 11. Social security or government assistance (Specify): | $    0 | $    0 |
| 12. Pension or retirement income | $    0 | $    0 |
| 13. Other monthly income (Specify): | $    0 | $    0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    0 | $    0 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $  591.41 | $ 2,299.64 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $   2,891.05 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated
    to occur within the year following the filing of this document:
    None known

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly
expenses of the debtor and the debtor's family at time case filed.
Prorate any payments made bi_weekly, quarterly, semi-annually, or
annually to show monthly rate. The average monthly expenses calculated on
this form may differ from the deductions from income allowed on Form 22A
or 22C.

____ Check this box if a joint petition is filed and debtor's spouse
maintains a separate household. Complete a separate schedule of
expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment . . . . . . | $ | 795.69 |
| (include lot rented for mobile home) | | |
| a. Are real estate taxes included? Yes_x_ No ___ | | |
| b. Is property insurance included? Yes___ No _x_ | | |
| 2. Utilities: a. Electricity and heating fuel . . . | $ | 105.00 |
| b. Water and sewer. . . . . . . | $ | 70.00 |
| c. Telephone . . . . . . . | $ | 0 |
| d. Other . . . . . . . | $ | 0 |
| e. Other . . . . . . . | $ | 0 |
| 3. Home maintenance (repairs and upkeep) . . . | $ | 200.00 |
| 4. Food. . . . . . . . . . . | $ | 450.00 |
| 5. Clothing. . . . . . . . . | $ | 75.00 |
| 6. Laundry and cleaning. . . . . . | $ | 35.00 |
| 7. Medical and dental expenses . . . . . | $ | 100.00 |
| 8. Transportation (not including car payments) . . | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, | | |
| magazines, etc. . . . . . . | $ | 150.00 |
| 10. Charitable contributions. . . . . . | $ | 0 |
| 11. Insurance (not deducted from wages or included | | |
| in home mortgage payments) | | |
| a. Homeowner's or renters . . . . . | $ | 100.00 |
| b. Life . . . . . . . . . | $ | 0 |
| c. Health . . . . . . . . | $ | 0 |
| d. Auto . . . . . . . . . | $ | 55.00 |
| e. Other. . . . . . . . . | $ | 0 |
| 12. Taxes (not deducted from wages or included | | |
| in home mortgage payments) (Specify) | | |
| 13. Installment payments: (In chapter 11, 12, and 13 | | |
| cases, do not list payments to be included | | |
| in the plan) | | |
| a. Auto . . . . . . . . . | $ | 0 |
| b. Other . . . . . . . . | $ | 0 |
| c. Other . . . . . . . . | $ | 0 |
| 14. Alimony, maintenance, and support paid to others. . | $ | 0 |
| 15. Payments for support of additional dependents | | |
| not living at your home . . . . . . | $ | 0 |

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich   Case No. 11-16087


**Schedule J   continued**

16. Regular expenses from operation of business,
    profession, or farm (attach detailed statement)   .   $        0
17. Other -- pet food and supplies  .   .   .   .   .   $      50.00
    Other -- reserve for irregular
      and unanticipated expenses   .   .   .   .   .   $      50.00
    Other -- miscellaneous, including cleaning supplies,
      vacation expenses, birthday gifts, Christmas
      gifts and grooming expenses  .   .   .   .   .   $        0
    Other -- education expense  .   .   .   .   .   .   $      200.00
    Other   .   .   .   .   .   .   .   .   .   .   .   $        0
    Other   .   .   .   .   .   .   .   .   .   .   .   $        0
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.
    Report also on Summary of Schedules and, if applicable,
    on the Statistical Summary of Certain
    Liabilities and Related Data .   .   .   .   .   .   $    2,885.69

19. Describe any increase or decrease in expenditures
    reasonably anticipated to occur within the year
    following the filing of this document: none known

20.          STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I.   $   2,891.05
    b. Average monthly expenses from Line 18 above   .   .   $   2,885.69
    c. Monthly net income (a. minus b.) .   .   .   .   .   $       5.36

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

B7 (Official Form 7) (04/10)

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich    Case No.  11-16087

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1.   Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | | SOURCE |
| --- | --- | --- | --- |
| | 2011 amount | 2010 amount | 2009 amount |
| UWMF | 19,362.35 | 27, 868.00 | 22,822.53 |
| Ridglan | | 16,601.00 | 23,590.35 |
| Arthurs | 675.18 | | |
| Sauk Prairie Mem. | | | 1,328.43 |

# United States Bankruptcy Court for the Western District of Wisconsin

Petitioner:  Matthew J. Reich, Sarah E. Reich    Case No. 11-160872

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|            AMOUNT            |            SOURCE            |
|-----------------------------|-----------------------------|

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ■

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None ■

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** *immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087[3]**

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Douglas Ballweg    father | various | $650.00 | $9,500.00 |
| 8964 Highway V | | | |
| Sauk City, WI 53583 | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| see attached | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wells Fargo Dealer Services | 2003 Mitsubishi Outlander | |
| P.O. Box 6700 | value $4,500; repossessed 8/11 | |
| Rancho Cucamonga, CA 91729 | | |

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner: Matthew J. Reich, Sarah E. Reich     Case No. 11-16087[4]**

### 6. Assignments and receiverships

 a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

 b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7. Gifts

 List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Doran Law Offices     2101 Fox Avenue     Madison, WI   53711-1920     (608) 255-2409

**United States Bankruptcy Court for the Western District of Wisconsin**

5

**Petitioner:  Matthew J. Reich, Sarah E. Reich   Case No. 11-16087**

### 9.  Payments related to debt counseling or bankruptcy



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

To Doran Law Offices, as shown by disclosure of fees on file, which is

incorporated by reference

---

### 10.  Other transfers



a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich     Case No. 11-16087[6]

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner: Matthew J. Reich, Sarah E. Reich   Case No. 11-16087[7]**

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

None, other than joint petitioners

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing



Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

**United States Bankruptcy Court for the Western District of Wisconsin**

**Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087[8]**

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| | | | | |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| | |

_____

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

_____

**19. Books, records and financial statements**

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| | |

None
■ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| | | |

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087[9]

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                   |                      | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|                   | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| DATE OF INVENTORY |  |

**21. Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich     Case No. 11-16087

10

**22. Former partners, officers, directors and shareholders**

None

■ a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

|   NAME   |   ADDRESS   |   DATE OF WITHDRAWAL   |
|----------|-------------|------------------------|

None

■ b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

|   NAME AND ADDRESS   |   TITLE   |   DATE OF TERMINATION   |
|----------------------|-----------|-------------------------|

---

**23. Withdrawals from a partnership or distributions by a corporation**

None


If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

|   NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR   |   DATE AND PURPOSE OF WITHDRAWAL   |   AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY   |
|-------------------------------------------------------|------------------------------------|---------------------------------------------------------|

---

**24. Tax Consolidation Group.**

None


If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

|   NAME OF PARENT CORPORATION   |   TAXPAYER-IDENTIFICATION NUMBER (EIN)   |
|--------------------------------|------------------------------------------|

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

|   NAME OF PENSION FUND   |   TAXPAYER-IDENTIFICATION NUMBER (EIN)   |
|--------------------------|------------------------------------------|

* * * * * *

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

United States Bankruptcy Court for the Western District of Wisconsin

Petitioner: Matthew J. Reich, Sarah E. Reich    Case No. 11-16087

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | _11-21-11_ | Signature of Debtor | *signature* |
|------|------------|---------------------|-------------|

Matthew J. Reich

| Date | _11-21-11_ | Signature of Joint Debtor (if any) | *signature* |
|------|------------|------------------------------------|-------------|

Sarah E. Reich

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| Date | **N/A** | Signature |
|------|---------|-----------|

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**N/A**

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Doran Law Offices      2101 Fox Avenue      Madison, WI  53711-1920      (608) 255-2409